UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20625-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOHN OSCAR KALU,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE came before the Court upon defendant's objections to the Report and Recommendation on his motion to suppress **[D.E. #76]** and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED that the Court overrules the objections and **ADOPTS** the Report and Recommendation after a _de novo_ review including the transcript and **DENIES** the motion to suppress.

DONE and ORDERED in Open Court in Miami-Dade County Florida this 25th day of January, 2011 and signed this ___ day of January, 2011.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record