UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 17-23023-CIV-MORENO
(10-CR-20625-MORENO)

JOHN OSCAR KALU,

    Movant,

vs.

UNITED STATES,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING MOVANT'S MOTION TO VACATE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, for a Report and Recommendation on Movant's Motion to Vacate pursuant to 28 U.S.C. § 2255, filed on **July 26, 2017**. The Magistrate Judge filed a Report and Recommendation **(D.E. 6)** on **August 11, 2017**. No objections to the Report and Recommendation were filed. The Court has reviewed the entire file and record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Movant's Motion to Vacate pursuant to 28 U.S.C. § 2255 is DENIED. It is further

**ADJUDGED** that no certificate of appealability issue.

DONE AND ORDERED in Chambers at Miami, Florida, this 31st of August 2017.

                                                              FEDERICO A. MORENO
                                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Patrick A. White

Counsel of Record

John Oscar Kalu, *Pro Se*
Hazelton FCI
Inmate Mail
P.O. Box 5000
Bruceton Mills, WV 26525